1

2

3

4

5

6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN KANE, | Case No. 2:14-cv-01001-JCM-PAL |
| Plaintiff, | ORDER |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | |
| Defendant. | |

7

8

9

10

11

12      This matter is before the court on the parties' failure to file a joint pretrial order required

13   by LR 26-1(e)(5).  The last Discovery Plan and Scheduling Order (Dkt. #13) filed July 21, 2015,

14   required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 13,

15   2015, or thirty days after decision of dispositive motions.   Defendants filed a Motion for Partial

16   Summary Judgment (Dkt. #20) February 9, 2015, which the District Judge granted with respect

17   to Plaintiff's second, third and fifth causes of action in an Order (Dkt. #23) entered May 14,

18   2015.  The parties were required to file a joint pretrial order within 30 days after a decision of the

19   partial summary judgment motion.  To date, the parties have not complied.  Accordingly,

20      **IT IS ORDERED** that

21            1.  Counsel for the parties shall file a joint pretrial order which fully complies

22                with the requirements of LR 16-3 and LR 16-4 no later than **July 8, 2015.**

23                Failure to timely comply may result in the imposition of sanctions up to and

24                including a recommendation to the District Judge of case dispositive

25                sanctions.  See Fed. R. Civ. P. 41(b).

26   / / /

27   / / /

28   / / /

1

1    2.  The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections

2      thereto shall be included in the pretrial order.

3   DATED this 24th day of June, 2014.

4

5               _____

6               PEGGY A. LEEN
                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28